```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**GLENCORE DENREES PARIS ET ANO,**

　　　　　　　　　　Plaintiffs,

-v-

**DEPARTMENT OF NATIONAL STORE BRANCH I (VIETNAM),** *IN ITS OWN CAPACITY AND AS A STATE ORGANIZATION, REPRESENTATIVE AND AGENT OF THE SOCIALIST REPUBLIC OF VIETNAM,* ET AL.

　　　　　　　　　　Defendants.

---

Case No. 99-CV-8607 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

　　The above-entitled action has been reassigned to my docket. Accordingly, the parties are hereby ORDERED to appear for a status conference on **March 27, 2008 at 10:15am** in Courtroom **21C** of the United States District Court for the Southern District of New York, 500 Pearl Street, NYC to discuss recent developments in the case, if any, including settlement discussions, and to schedule argument on the pending motions.

　　　　　　　　　　SO ORDERED.

DATED:
New York, New York
March 11, 2008

　　　　　　　　　　_____
　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　UNITED STATES DISTRICT JUDGE