USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

**BAKER & McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

**MEMO ENDORSED**

Asia
Pacific

March 14, 2008

Hon. Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 615
New York, NY 10007

Darrell Prescott
Tel: +1 212 626 4476
Fax: +1 212 310 1678
Darrell.Prescott@bakernet.com

By Hand Delivery

Europe &
Middle East

Re:   *Glencore Denrees Paris Et Ano v. Department of National Store Branch 1 (Vietnam), et. al*, No. 99-CV-8607 (RJS)

Dear Judge Sullivan:

We represent the Defendants in the above-referenced matter. There is currently a status conference scheduled for March 27, 2008 at 10:15 a.m. Unfortunately, I will not be able to attend the conference on that date as I will be out of the country on business. I write, therefore, to request an adjournment of the conference. This is the first such request. We have consulted with counsel for the Plaintiff, and counsel for both parties are available on the following dates: March 17, March 18, March 20, March 21, March 31; the morning of April 1; any time during the week of April 7-April 11.

Thank you for your consideration.

Sincerely,

Darrell Prescott

cc:   Jeremy Harwood (by fax)
      Blank Rome LLP
      *Counsel for the Plaintiff*

*Conference reset to April 8, 2008 @ 11/4/11.*

SO ORDERED
Dated: 3/17/08

RICHARD J. SULLIVAN
U.S.D.J.

North & South
America